UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| VERNON J. BELLAMY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV423-165 |
| ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

The Court previously directed *pro se* plaintiff Vernon J. Bellamy to show cause why his case should not be dismissed for his failure to serve any defendant timely. *See* doc. 14. He subsequently filed an Amended Complaint, doc. 16, and moved for additional time to respond to the Court's Order, doc. 17. The Court granted him additional time, doc. 18, but his deadline has passed without any response, *see generally* docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989)

1

("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Plaintiff's failure to comply with the Court's Order provides sufficient reason to dismiss this case.[1]

Accordingly, Plaintiffs' Amended Complaint should be **DISMISSED**. *See, e.g.,* Fed. R. Civ. P. 41(b). This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule

---

[1] Since Bellamy has not filed any previous amendment, and no defendant has been served, he is able to amend his Complaint as a matter of course. *See* Fed. R. Civ. P. 15(a)(1). The Amended Complaint is, therefore, the operative pleading in this case. *See, e.g., Shaw v. Allen*, 701 F. App'x 891, 894 (11th Cir. 2017). Courts have explained that "the [90]-day period provided by Rule 4(m) is not restarted by the filing of an amended complaint *except as to those defendants newly added in the amended complaint*." *Proctor v. Navka, LLC*, 2015 WL 1788939, at *2 (S.D. Ga. Apr. 20, 2015) (emphasis added) (quoting *Bolden v. City of Topeka, Kan.*, 441 F.3d 1129, 1148 (10th Cir. 2006)); *see also, e.g.,* 4B Adam N. Steinman, Fed. Prac. & Proc. Civ. § 1137 (4th ed. Apr. 2023) ("[A]dding a new party through an amended complaint initiates a new timetable for service *upon the added defendant*." (emphasis added)). Since Bellamy's Amended Complaint added defendants QTC Medical Services (A Leidos Company) and Leidos, *compare* doc. 1 at 2, *with* doc. 16 at 2, his deadline to serve those defendants has not expired, *see generally* doc. 16 (filed October 17, 2023); *see also* Fed. R. Civ. P. 4(m). Nevertheless, his failure to comply with the Court's Order, given the express warnings that his failure to respond could result in dismissal, *see* doc. 14 at 8; doc. 18 at 2, provides sufficient reason to dismiss this case entirely. *See, e.g., Brown v. Tallahasse Police Dept.*, 205 F. App'x 802, 802 (11th Cir. 2006) (quoting *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)) ("Dismissal pursuant to Rule 41(b) 'upon disregard of an order, especially where the litigant has been forewarned, generally is not an abuse of discretion.'"). To the extent that Bellamy seeks to respond to the Court's Order out-of-time, the fourteen-day period for him to object to this Report and Recommendation, discussed below, affords him a final opportunity to do so.

72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F. App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this 14th day of November, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA