# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| VERNON J. BELLAMY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV423-165 |
| ) | |
| DEPARTMENT OF VETERANS ) | |
| AFFAIRS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Doc. 19. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's Amended Complaint is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this Case.

**SO ORDERED** this ___7___ day of December, 2023.

LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA